# EXHIBIT 1

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 1,161,858
Registered Jul. 21, 1981

## TRADEMARK
Principal Register

## GODZILLA

Toho Co., Ltd. (Japan corporation)
2049 Century Park East
Los Angeles, Calif. 90067

For: COMIC BOOKS AND COLORING SETS CONSISTING PRIMARILY OF BLACK AND WHITE POSTER WITH COLOR MARKERS, in CLASS 16 (U.S. Cl. 38).

First use May 1, 1977; in commerce May 1, 1977.

Ser. No. 217,732, filed May 30, 1979.

HENRY S. ZAK, Primary Examiner

JOHN M. WILKE, Examiner

Int. Cls.: 9 and 28

Prior U.S. Cls.: 22 and 38

Reg. No. 1,858,403

**United States Patent and Trademark Office** Registered Oct. 18, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## GODZILLA

TOHO CO., LTD (JAPAN CORPORATION)
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067

FOR: CINEMATOGRAPHIC AND MOTION PICTURE FILMS FEATURING ENTERTAINMENT; PRE-RECORDED VIDEO TAPES AND CASSETTES FEATURING ENTERTAINMENT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 0-0-1956; IN COMMERCE 0-0-1956.

FOR: TOYS AND GAMES; NAMELY, VIDEO AND COMPUTER GAME PROGRAMS; VIDEO AND COMPUTER GAME SOFTWARE; ELECTRONIC GAME PROGRAMS; VIDEO AND COMPUTER GAME CARTRIDGES, DISCS AND TAPES; VINYL TOY FIGURES; FRICTION-POWERED ACTION TOYS; PLASTIC INERT FIGURES; PLASTIC ACTION FIGURES; BUBBLE-BLOWING TOYS; INFLATABLE TOY FIGURES; AND INFLATABLE BOP BAGS, IN CLASS 28 (U.S. CLS. 22 AND 38).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

OWNER OF U.S. REG. NOS. 1,163,122, 1,174,377 AND OTHERS.

SER. NO. 74-322,225, FILED 10-13-1992.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,134,696

United States Patent and Trademark Office       Registered Feb. 3, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## GODZILLA

TOHO CO., LTD. (JAPAN CORPORATION)
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067

FOR: PAPER PARTY HATS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-1-1996; IN COMMERCE 6-1-1996.

FOR: TOYS AND GAMES, NAMELY, BATTERY-OPERATED ACTION TOYS; WIND-UP TOYS; MANUALLY-OPERATED ROBOT ARM-LIKE GRABBING TOYS; PAINTED TOY FIGURES; MODEL KITS FOR MAKING TOY MONSTERS; PLAYSETS WITH TOY FIGURES; TOY VEHICLES; TOY WEAPONS; PLASTIC PLAY AND TOY CARRY CASES FOR CHILDREN; PLUSH TOYS; MANIPULATIVE PUZZLES; STUFFED TOYS; MECHANICAL ACTION TOYS; AND HOBBY CRAFT KITS OF WOOD OR PLASTIC FOR ASSEMBLING INTO TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-0-1993; IN COMMERCE 12-0-1993.

OWNER OF U.S. REG. NOS. 1,163,122, 1,174,377, AND OTHERS.

SN 74-322,029, FILED 10-13-1992.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, and 50

Reg. No. 2,211,328

United States Patent and Trademark Office   Registered Dec. 15, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## GODZILLA

TOHO CO., LTD. (JAPAN CORPORATION)
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067

FOR: PAPER BAGS; PAPER BANNERS; COMIC BOOKS, COLORING AND CHILDREN'S EDUCATIONAL PICTURE BOOKS; CALENDARS; TRADING CARDS; GREETING, NOTE AND BLANK CARDS; PEN AND PENCIL CASES; BOOK COVERS; CRAYONS; DECALS; PAPER NAPKINS; PEN AND PENCIL HOLDERS; RUBBER STAMPS; PENS AND PENCILS; ERASERS; NOTEBOOKS; PAPER PARTY HATS; POSTERS; WRAPPING PAPER; NOTE PADS; SERIES OF FICTION BOOKS FOR ENTERTAINMENT AND AMUSEMENT; FICTION MAGAZINES FOR ENTERTAINMENT AND AMUSEMENT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1987; IN COMMERCE 8-0-1987.

FOR: CLOTHING, NAMELY, HATS; SWEAT SHIRTS; GYM SHORTS; MASQUERADE AND HALLOWEEN COSTUMES; T-SHIRTS; KNIT SHIRTS; PAJAMAS; SLEEPWEAR; RAINCOATS; RAINWEAR; FOOTWEAR; HEADWEAR; NECKWEAR; HOSIERY AND SOCKS; PANTS AND SLACKS; SHORTS; SHIRTS; TOPS; PLAYSUITS; COATS; BRIEFS; UNDERPANTS; AND BOXER SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1994; IN COMMERCE 12-0-1994.

OWNER OF U.S. REG. NOS. 1,163,122, 1,174,377, AND OTHERS.

SN 74-525,545, FILED 5-17-1994.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cls.: 6, 14, 16, 18, 20, 21, 24, 25, and 28

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 39, 40, 41, 42, and 50

Reg. No. 2,360,489

**United States Patent and Trademark Office**   Registered June 20, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## GODZILLA

TOHO CO., LTD. (JAPAN CORPORATION)
2029 CENTURY PARK EAST, SUITE 1150
LOS ANGELES, CA 90067

FOR: NON-ELECTRIC DOORBELLS; METAL CLOTHES HOOKS; BOARDS CONTAINING METAL CLOTHES HOOKS; METAL KEY CHAINS; AND METAL KEY FOBS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 5–20–1998; IN COMMERCE 5–20–1998.

FOR: WATCHES AND CLOCKS; CLOCKS INCORPORATING RADIOS; AND LAPEL PINS IN THE NATURE OF JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5–20–1998; IN COMMERCE 5–20–1998.

FOR: PRE-PRINTED PAPER STICKERS AND PRE-PRINTED STICKER COLLECTOR ALBUMS; PARTY GAME BOOKS; CHALK BOARDS; MAGNETIC BOARDS; PENCIL-TOP ORNAMENTS; PAPER TABLE CLOTHS; INVITATION CARDS; PAPER NAME BADGES; DOOR AND YARD SIGNS MADE OF PAPER; CONFETTI; NON-HALLOWEEN PAPER LOOT BAGS; PAPER GIFT BAGS; BLOW OUTS, NAMELY, PAPER TOYS THAT UNFURL WHEN BLOWN INTO AND CELLOPHANE LOOT BAGS; PARTY MEAL BOX AND CENTERPIECES MADE OF PAPER; CLINGER AND PRINTED CREPE PAPER; BLANK AND PRINTED THEME BOOKS; STATIONERY-TYPE PORTFOLIOS; BINDERS; STUDY KITS COMPRISED PRIMARILY OF PLASTIC POUCH, PENCIL, RULER AND ERASER; BLANK AND PRINTED ASSIGNMENT BOOKS; SCRIBBLE DRAWING AND WRITING TABLETS; CONSTRUCTION PAPER; ABC WRITING AND ART TABLETS; MEMO PADS; DOODLE PADS; ART PADS; PAPER SIGN-IN SHEETS; CRAYON-BY-NUMBER KITS COMPRISED PRIMARILY OF CRAYONS AND PICTURES FOR COLORING; RUB AND COLOR LINE DRAWING SETS COMPRISED PRIMARILY OF CRAYONS, PAPER AND PLASTIC PANELS WITH RAISED IMAGES USED TO CREATE AND COLOR DRAWINGS; STAMP AND ROLLER SETS COMPRISED PRIMARILY OF STAMPS AND ROLLERS MADE OF RUBBER AND PLASTIC; TEMPORARY PAPER AND REMOVABLE TATOOS; LAP BOARDS FOR READING AND WRITING; LIGHT UP DESKS COMPRISED PRIMARILY OF BATTERY-OPERATED DESKS THAT GLOW, ART SHEETS AND COLORED PENCILS FOR DRAWING AND TRACING; FLICKER RULERS, NAMELY, DRAWING RULERS WITH IMAGE OF CHARACTER ON BACKSIDE THAT APPEARS TO MOVE AS IMAGE CHANGES; WATER-FILLED PLASTIC PLACEMATS; AND VINYL PLACEMATS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5–6–1998; IN COMMERCE 5–6–1998.

FOR: BACKPACKS; KNAP SACKS; LUGGAGE; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; CLUTCH BAGS; RUCKSACKS; CANVAS CARRY ON BAGS; SCHOOL BAGS; BOOK BAGS; POCKETBOOKS; PURSES; FANNY PACKS; WAIST PACKS; BEACH TOTE BAGS; ALL-PURPOSE SPORT BAGS; ATHLETIC BAGS; DUFFEL BAGS; GOLF BAGS; GYM BAGS; TOTE BAGS; MESH, LEATHER AND TEXTILE SHOPPING BAGS; WALLETS; BEACH UMBRELLAS; AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5–20–1998; IN COMMERCE 5–20–1998.

FOR: BEACH CHAIRS; DRINKING STRAWS WITH PLAY MOTION; NON-METAL CLOTHES HOOKS;

2,360,489

BOARDS CONTAINING NON-METAL CLOTHES HOOKS; WINDOW SHADES; THROW PILLOWS; NON-METAL KEY CHAINS AND KEY FOBS; AND DESKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 5-20-1998; IN COMMERCE 5-20-1998.

FOR: PAPER CUPS AND PAPER PLATES; THERMAL INSULATED CONTAINERS AND THERMAL INSULATED VINYL BAGS FOR HOLDING FOOD OR BEVERAGES; SPORTS BOTTLES WITH MOLDED CHARACTER HEADS AND PRINTED SPORTS BOTTLES WITH OR WITHOUT SOUND MAKING CAPABILITIES SOLD EMPTY; SQUEEZE SPORTS BOTTLES; BATTERY POWERED TOOTHBRUSHES AND BATTERY POWERED TOOTHBRUSHES WITH VOICE EMITTING CAPABILITIES SOLD WITH AND WITHOUT STANDS; BATTERY POWERED TOOTHBRUSH STANDS; BATHROOM ORGANIZERS, NAMELY, PLASTIC SHELVES WITH COMPARTMENTS FOR STORING TOILETRIES; PLATES; BOWLS; CUPS; BEVERAGEWARE; BEVERAGE GLASSWARE; MUGS; AND CANTEENS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-20-1998; IN COMMERCE 5-20-1998.

FOR: BED LINENS; BED SHEETS; PILLOW CASES; PILLOW SHAMS; COMFORTERS; BED SPREADS; QUILTS; BED BLANKETS; JACQUARD THROWS, NAMELY, THROW BLANKETS WITH A JACQUARD WEAVE; WINDOW TREATMENTS, NAMELY, SWAGS AND VALANCES; CURTAINS; DRAPERIES; FABRIC "DOOR DEFENDERS" HANGING CLOTH AND FABRIC BANNERETTES, NAMELY, CLOTH BANNERS; BEACH TOWELS; BATH TOWELS; HAND TOWELS; WASHCLOTHS; KITCHEN TOWELS; TEA TOWELS; OVEN MITTS; POTHOLDERS; TEXTILE PLACE MATS; AND TABLE CLOTHS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

FOR: CLOTHING AND FOOTWEAR, NAMELY, BASEBALL, PAINTERS AND BIKING CAPS; LONG AND SHORT SLEEVE T-SHIRTS; POLO SHIRTS; WOVEN SHIRTS; HENLEY SHIRTS, NAMELY, COLLARLESS T-SHIRTS WITH BUTTONS; GOLF SHIRTS; NECKTIES; TIES; NIGHTGOWNS; SLIPPERS; ATHLETIC SHOES; AND CANVAS SHOES, BOOTS AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-10-1995; IN COMMERCE 2-10-1995.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, TOY PAPER CUT-OUT FIGURES; TOY CITY PLAY SETS OF PAPER FOR DEMOLITION; BLOW-MOLDED TOY FIGURES WITH AN ELECTRONIC SOUND MECHANISM; MOLDED TOY FIGURES WITH ARTICULATED ARMS, LEGS AND TAIL; PLASTIC MONSTER TOYS FIGURES; PLAY BASICS, NAMELY, SPRING LOADED JUMPING FIGURES, EGGS AND MINIATURE MOUNTAINS CONTAINING TOY FIGURES, AND VINYL SHEETS THAT INFLATE INTO CHARACTERS UPON IMPACT; TOY ACTION HURLING FIGURES; TOY ACTION FIGURES WITH SOUND OR LIGHT FUNCTIONS; TOY ACTION FIGURES THAT SHOOT MISSILES AND/OR WATER; METALLIC BALLOONS, LATEX BALLOONS; ELECTRONIC TOYS, NAMELY, ELECTRONIC ACTION FIGURES, TOY VEHICLES AND TOY WALKIE-TALKIES; MOLDED TOY FIGURES WITH BATTERY OPERATED ELECTRO-MECHANICAL MOTOR WITH ROARING SOUND; TOY PICKUP TRUCKS WITH INFLATABLE OR INFLATED TIRES; ARTICULATED TOY FIGURES THAT EMIT ORANGE-COLORED LIQUID; TOY FOAM HEADS MOUNTED ON SOFT PLASTIC HANDLES; TOY WALKING FIGURES DRIVEN BY WIND-UP OR BATTERY OPERATED MOTORS; PLAY KITS FOR GROWING MONSTER PODS IN WATER, COMPRISED PRIMARILY OF CONDENSED PLASTIC TOY FIGURES THAT GROW IN WATER AND VACUUM-FORMED TRAY DECORATED WITH CITY S CAPE; FREE-FLOWING PLAY GEL AND TOY DISPENSERS SOLD THEREWITH; TOY CANDY DISPENSERS; TOY POCKET PLAY ARENAS USING FREE-FLOWING PLAY GEL CASES; HOBBY CRAFT SAND ART KITS; SONIC CONTROLLED TOY MONSTER TRUCKS; FOOT BAGS USED IN A KICKING ACTION GAME; TOY SNAP BRACELETS; PLAYSETS AND ACCESSORIES THEREFOR, CONSISTING PRIMARILY OF TOY FIGURES, VEHICLES AND NEIGHBORHOODS; TOY CITY PLAY SETS FOR DEMOLITION; TOY ACTION FIGURE CARRY CASES; WIND-UP/WALKING AND FRICTION DRIVEN TOY FIGURES; SLIDE MANIPULATIVE PUZZLES; MICRO MACHINE SCALE TOY VEHICLES; TOY BANKS; TOY GUM BALL BANKS; TOY ROTATIONAL MOLDED FIGURE BANKS WITH OR WITHOUT SOUND MAKING MOVEABLE CAPABILITIES WITH MOVEABLE PARTS; HOBBY CRAFT KITS FOR MAKING TOY FIGURES WITH AIR DRYING COMPONENT; TOY TALKING SCULPTED HEAD; CHARACTER TOY FIGURES WITH VOICE-EMITTING CAPABILITIES; STAND ALONE COMPUTER OUTPUT GAME MACHINES AND HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES; PLASTIC TOY FIGURES, EGGS, VEHICLES, PLAYSET CITIES AND SCENES FOR USE THEREWITH; MINI-PLAYFACE, NAMELY, STUFFED TOY HEAD THAT DEPICTS CHARACTER FACE; PLASTIC, VINYL AND SOFT SCULPTURE TOY FIGURES; DIE CAST MINIATURE VEHICLES; PLASTIC EGGS CONSISTING OF ACTION FIGURE TOYS; WIND-UP POWERED ACTION TOYS; PLAYGROUND AND RUBBER ACTION BALLS; FOAM BALLS; BASKETBALLS; TOY BASKETBALL HOOP SETS CONSISTING PRIMARILY OF A BASKETBALL, BASKETBALL BACKBOARD AND BASKETBALL HOOP; BASKETBALL BACKBOARDS; PARTY FAVORS IN

THE NATURE OF SMALL TOYS, NAMELY, PAPER GAMES, PAPER AND PLASTIC CARD GAMES, MODEL AND TOY CARS, TOY JEWELRY; TOY PARTY NOISEMAKERS, HORNS, WHISTLES AND RATTLES; DOLLS AND PUPPETS; INFLATABLE SWIMMING TOYS; LATEX SQUEEZE TOYS; MUSICAL TOYS; SKATEBOARDS; BATH TUB TOYS; CHILDREN'S MULTIPLE ACTIVITY TOYS; AND BALLOON PASTE USED TO MAKE BALLOONS OR PLASTIC BUBBLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

OWNER OF U.S. REG. NOS. 1,161,858, 1,858,403, AND OTHERS.

SN 75-181,532, FILED 10-15-1996.

JANICE O'LEAR, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# GODZILLA

**Reg. No. 4,183,291**  
**Registered July 31, 2012**  
**Int. Cls.: 9 and 28**  

**TRADEMARK**  

**PRINCIPAL REGISTER**

TOHO CO., LTD. (JAPAN CORPORATION)  
2029 CENTURY PARK EAST, SUITE 433  
LOS ANGELES, CA 90067  

FOR: PRERECORDED DVDS FEATURING MOTION PICTURES FILMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CHRISTMAS TREE ORNAMENTS; BOARD GAMES; CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2005; IN COMMERCE 0-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,163,122, 4,064,472 AND OTHERS.

SER. NO. 85-493,317, FILED 12-12-2011.

MICHELE SWAIN, EXAMINING ATTORNEY



*David J. Kappos*  
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,093,240**

**Registered Dec. 06, 2016**

**Int. Cl.: 9, 16, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States Patent and Trademark Office

TOHO CO., LTD. (JAPAN CORPORATION)
1-2-2, Yurakucho
Chiyoda-Ku TOKYO JAPAN 1008415

CLASS 9: Memory cards for video game machines; cellular phones; smartphones; cordless telephones; video telephones; answering machines; facsimile machines; phototelegraphy apparatus; audio- and video-receivers; sound transmitting apparatus; walkie-talkies; video baby monitors; navigation apparatus for vehicles in the nature of on-board computers; radar apparatus; global positioning system (GPS) apparatus; electric installations for the remote control of industrial operations; sound reproduction apparatus; DVD players; digital photo frames; camcorders; video recorders; electronic notice boards; aerials; masts for wireless aerials; cell phone straps; telephone receivers; telephone transmitters; hands free kits for phones; coils, electric; holders for electric coils; head cleaning tapes for audio recorder and video recorder; loudspeakers; horns for loudspeakers; cabinets for loudspeakers; transponders; video screens; headphones; microphones; megaphones; tone arms for record players; needles for record players; speed regulators for record players; acoustic couplers; magnetic encoders; magnetic wires; amplifiers; blank floppy disks; blank disks, magnetic; computers; computer peripheral devices; pocket calculators; encoded identification bracelets, magnetic; electronic tags for goods; electronic pocket translators; electronic agendas; electronic book readers; teleprompters; identity cards, magnetic; X-ray tubes not for medical purposes; vacuum tubes for radios; triodes; thermionic tubes; electric discharge tubes, other than for lighting; semi-conductors; integrated circuits; wafers for integrated circuits; printed circuit boards; computer operating programs, recorded; cyclotrons; apparatus and installations for the production of X-rays, not for medical purposes; sonars; betatrons; metal detectors for industrial or military purposes; lasers, not for medical purposes; marine depth finders; particle accelerators; eyeglasses; goggles for sports; contact lenses; anti-glare glasses; divers' masks; containers for contact lenses; eyeglass cords; spectacle lenses; eyeglass chains; eyeglass cases; eyeglass frames; video game cartridges; phonograph records; audio-video compact discs featuring sound and?image, namely, music, movies, and dramas; downloadable music files; recorded medium, namely, videodisks and videotapes with animated cartoons; downloadable image files containing sound and image, namely, music, movies, and dramas; cinematographic film, exposed; X-ray films, exposed; X-ray photographs, other than for medical purposes; frames for photographic transparencies

CLASS 16: Boxes of cardboard or paper; conical paper bags; wrapping paper; hygienic paper; tissues of paper for removing make-up; towels of paper; table napkins of paper; handkerchiefs of paper; paper; stationery; song books; calendars; magazines, namely, magazines featuring the field of music, magazines featuring the field of image, namely, featuring the field of movies, dramas, documentary images, magazines featuring the field of art, and magazines featuring the field of animation, animated character and character relevant to GODZILLA; printed timetables; books, namely, books featuring the field of music, books featuring the field of image, namely, featuring the field of movies, dramas, documentary images, books featuring the field of art and featuring the field of animation, animated character and character relevant to GODZILLA; newspapers; geographical maps; pamphlets,

namely, pamphlets featuring the field of music, pamphlets featuring the field of image, namely, featuring the field of movies, dramas, documentary images, pamphlets featuring the field of art and pamphlet featuring the field of animation, animated character and character relevant to GODZILLA; trading cards other than for games; posters; graphic prints; pictures; engravings; printed photographs photograph stands

CLASS 25: Clothing, namely, evening dresses, school uniforms, jackets, jogging pants, sweat pants, suits, skirts, ski jackets, ski pants, trousers, smocks, ponchos, leggings trousers, overcoats, topcoats, mantles, raincoats, cardigans, sweaters, vests and waistcoats, layettes, open-necked shirts, cuffs, collars for clothing, sport shirts, blouses, polo shirts, shirts for suits, night gowns, negligees, Japanese sleeping robes (Nemaki), pajamas, bathrobes, sash bands for kimono (Obi), bustle holder bands for obi (Obiage), bustles for obi-knots (Obiage-shin), waist strings for kimonos (Koshihimo), undershirts for kimonos (Koshimaki), undershirts for kimonos (Juban), tightening-up strings for kimonos (Datejime), wrap belts for kimonos (Datemaki), full-length kimonos (Nagagi), short overcoat for kimonos (Haori), string fasteners for haori (Haori-himo), pleated skirts for formal kimonos (Hakama), detachable neckpieces for kimonos (Haneri), camisoles, corsets, combinations, undershirts, chemises, drawers and underpants, slips, panties-shorts and briefs, brassieres and petticoats, swimwear, swimming caps, sleep masks, aprons, collar protectors for wear, socks and stockings other than special sportswear, puttees and gaiters, fur stoles, shawls, scarves, Japanese style socks (Tabi), Japanese style socks covers (Tabi covers), cloth gloves, and mittens, baby diapers made of cloth, neckties, neckerchieves, bandanas, thermal clothing supporters for neck, foot, leg and arm, mufflers, ear muffs as clothing, boas necklets, gaiters, gaiter straps, leggings leg warmers, bibs not of paper, heelpieces for stockings, spats, hoods for head (Zukin), sedge-woven in the nature of bamboo hats (Sugegasa), nightcaps and other headwear; garters; sock suspenders; braces for clothing in the nature of suspenders; belts; footwear; masquerade costumes; ski gloves; headbands; wet suits for water-skiing

CLASS 28: Video game machines; player-operated electronic controllers for game consoles; bowling apparatus and machinery; amusement game machines, automatic and coin-operated; toys, namely, toy clocks and watches, clockwork toys of metal, electrically-driven toys, flywheel-driven toy vehicles, toy brooches, toy whistles, lever action toys, toys made out of wooden boards or planks in the nature of toy building blocks, hollow toy-models of plywood or veneer, paper balloons for play articles, Karuta playing cards Japanese card game, sets of sheet-paper dolls and changing clothes therefor, stuffed toys, one piece celluloid character toys, clockwork toys of plastics, hollow celluloid character toys, plastic character toys formed by blow molding, hollow rubber character toys formed by molding process, rubber balls, inflatable thin rubber toys, hollow rubber character toys formed by bonding, solid rubber character toys formed by moulding process, musical boxes as play articles, toy glockenspiels, toy harmonicas, toy pianos, toy xylophones, toy construction sets, toy sets of carpenters' tools, housekeeping-play sets, toy beanbags Otedama, toy marbles Otedama, toy pistols, toy masks, toy fireworks, toy Christmas trees, hand-held games with liquid crystal displays, toy koi-nobori streamers, toy scooters, Jigsaw Puzzles, four-wheeled toy vehicles, soap bubble solution sets for toys, kites, hagoita battledores, shuttlecocks for hagoita game, glass beads as play articles, menashi-daruma bodhidharma dolls without pupils, rocking horses, tricycles for infants, inflatable swimming pools as play articles and ring games; dolls; dice; cups for dice; chess games; checkers; conjuring apparatus in the nature of magic tricks; dominoes; playing cards; mah-jong; backgammon games; bingo cards; pachinkos; darts; billiard cues; billiard cue tips; chalk for billiard cues; billiard balls; billiard markers; billiard tables; billiard table cushions; baseball gloves; tennis ball throwing apparatus; tennis nets; rackets; gut for rackets; tables for table tennis; golf clubs; golf bags, with or without wheels; divot repair tools; golf gloves; hockey sticks; ball pitching machines; discuses for sports; poles for pole vaulting; starting blocks for sports; bob-sleighs; skis; edges of skis; bags especially designed for skis and surfboards; scrapers for skis; sole coverings for skis; ski bindings; ice skates; snowshoes; snowboards; punching bags; boxing gloves; archery implements; fencing masks; fencing gauntlets; fencing weapons; appliances for gymnastics; body-training apparatus; water wings; men's athletic supporters; swimming kick boards; twirling batons; paragliders; hang gliders; bodyboards; rosin used by athletes; roller skates; skateboards; swings; ascenders; climbers' harness; flippers for swimming; surfboards; surfboard leashes; waterskis; surf skis; sailboards; harness for sailboards; masts for sailboards; fishing tackle; butterfly nets

CLASS 41: Arranging and conducting of concerts; organization of film showings; film

production, other than advertising films; subtitling; scriptwriting services for non-advertising purposes; theatre productions; orchestra services; providing on-line music, not downloadable; circuses; production of radio and television programmes; movie studios; recording studio services; amusement parks; music-halls

The mark consists of three stylized Japanese characters.

OWNER OF INTERNATIONAL REGISTRATION 1246328 DATED 02-26-2015, EXPIRES 02-26-2025

The non-Latin characters in the mark transliterate to "GOJIRA" and this means "GODZILLA" in English.

SER. NO. 79-164,883, FILED 02-26-2015
KIMBERLY L PARKS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# GODZILLA

**Reg. No. 6,172,295**
**Registered Oct. 13, 2020**
**Int. Cl.: 14**
**Trademark**
**Principal Register**

TOHO CO., LTD. (JAPAN CORPORATION)
1-2-2, Yurakucho, Chiyoda-ku
Tokyo, JAPAN 100-8415

CLASS 14: Alloys of precious metal; semi-wrought precious stones and their imitations; key chains; key holders of precious metals; charms for key chains; jewelry boxes; prize cups of precious metal; commemorative shields of precious metal; earrings; badges of precious metal; necklaces; bracelets; pendants; medals; lockets; rings being jewelry; jewelry, namely, amulets; personal ornaments in the nature of jewelry; jewelry; charms for jewelry; statues of precious metal and their alloys; shoe jewelry of precious metal; shoe jewelry; wrist watches; wall clocks; alarm clocks; watches; clocks

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2018-138708, FILED 11-07-2018, REG. NO. 6200852, DATED 11-22-2019, EXPIRES 11-22-2029

OWNER OF U.S. REG. NO. 4183291, 2134696, 2360489

SER. NO. 88-201,365, FILED 11-20-2018

Director of the United States
Patent and Trademark Office

